**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRIET ANN GILLERMAN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, DBA COSTCO WHOLESALE, A WASHINGTON CORPORATION; TODD WAYNE KEPPLE, AN INDIVIDUAL; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 8:25-cv-02669-FWS-KES<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT [18]** |

///
///
///

1

## ORDER

Based on the record, as applied to the relevant law, including the facts and law described in the court's Order to Show Cause Why Case Should Not Be Remanded to State Corut, (Dkt. 17), and for the good cause demonstrated in the Joint Stipulation to Remand Case (Dkt. 18, "Stipulation"), the court **ORDERS** that the Stipulation is **GRANTED** and the above-captioned is **REMANDED** to the Superior Court of the State of California for the County of Orange as *Harriet Ann Gillerman v. Costco Wholesale, et al.*, Case No. 30-02025-01515973-CU-PO-NJC.

**IT IS SO ORDERED**.

Dated: January 9, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE